1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant Williams
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-93-0105 MHP
                                     )
12                    Plaintiff,     )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER CONTINUING STATUS**
13  vs.                              )   **CONFERENCE**
                                     )
14                                   )   **Current Hearing Date: Oct. 4, 2010**
    KEVIN DESHAN WILLIAMS,           )   Time:        10:00 AM
15                                   )   Judge:       Hon. Marilyn Hall Patel
                     Defendant.      )
16                                   )   **Proposed Hearing Date: Nov. 1, 2010**
                                     )   Time:        10:00 AM
17                                   )   Judge:       Hon. Marilyn Hall Patel
    ─────────────────────────────────)
18

19        The above-captioned case is currently scheduled for a status conference on Monday,

20  October 4, 2010 at 11:00 AM.  This status conference would be the defendant's initial

21  appearance before the district court on the Form 12.  The parties are jointly requesting a

22  continuance of the current hearing date.

23        Undersigned defense counsel will be leaving imminently on family leave and Federal

24  Public Defender Barry J. Portman will file a general notice of appearance in this case.  Mr.

25  Portman is unavailable for the currently calendared hearing date and has asked that this matter be

26  continued for two weeks. United States Probation Officer Emily Libby indicated that she is

STIP & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE, CR-93-0105 MHP          1

1  unavailable on October 18 and 25, and requested that the matter stand over to November 1, 2010.

2  Special Assistant United States Attorney Lowell Powell has indicated that he is available for

3  November 1, 2010, and represented that he had no objection to the continuance.  Undersigned

4  counsel for Mr. Williams contacted Your Honor's Courtroom Deputy and confirmed that the

5  Court is available on the proposed date.

6       Accordingly, the parties hereby jointly request that the Court vacate the status conference

7  previously set for October 4, 2010.  The parties jointly request that a status conference be set for

8  November 1, 2010, at 10:00 AM.

9

10  IT IS SO STIPULATED.

11    September 28 , 2010                   /s/
   DATED                       LOWELL POWELL

12                             Special Assistant United States Attorney

13

  September 28, 2010                  /s/

14  DATED                       LOREN STEWART
                           Attorney for Kevin Deshan Williams

15

16  **[PROPOSED] ORDER**

17       For good cause shown, the status conference now scheduled for Monday, October 4, 2010

18  is vacated.  The matter shall be added to the Court's calendar on Monday, November 1, 2010 at

19  10:00 AM.

20

21  IT IS SO ORDERED.

22

23    9/28/10
  DATED

                       HON. MARILYN HALL PATEL

24                         United States District Court Judge

25

26

STIP & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE, CR-93-0105 MHP     2